UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**Ohio & Vicinity Carpenters**
**Fringe Benefit Funds, Inc.,**

    **Plaintiff,**

    v.                     **Case No. 2:16–cv–876**

**T&M Contractors, LLC,**          **Judge Michael H. Watson**

    **Defendant.**

## OPINION AND ORDER

On April 13, 2017, the Court granted in part and denied in part Plaintiff's

motion for default judgment. Op. and Order, ECF No. 13. The Court denied

Plaintiff's motion for default judgment only insofar as it asked for an interim

judgment to be amended after completion of an audit. *Id.* The Court denied a

subsequent motion for default judgment for the same reason, directing Plaintiff to

move for default judgment only after the audit was complete and the amount of

judgment was known. *See* ECF Nos. 21. Plaintiff again moves for default

judgment, this time asking for a final judgment of a sum certain. Mot. Def. J.,

ECF No. 26.

For the reasons addressed in the Court's prior opinion, ECF No. 13, and

the exhibits attached to Plaintiff's amended motion, that amended motion for

default judgment is **GRANTED**. The Clerk of Court is **DIRECTED** to enter

**JUDGMENT** against T&M Contractors, LLC.

The Court awards $120,225.94. That amount represents the known unpaid fringe benefit contributions, liquidated damages on the unpaid contributions, and attorneys' fees and costs. The Clerk shall therefore enter judgment in the amount of **$120,225.94**.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**